**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARQUISHA CURTIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 08-CV-1094 |
| | ) | |
| GENERAL REVENUE CORPORATION, | ) | Judge Leinenweber |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

General Revenue Corporation
Attn: Kevin Dryer
111501 Northlake Drive
Cincinnati, OH 45249-5999

    PLEASE TAKE NOTICE THAT On May 1, 2008, there was filed in the United States District Court for the Northern District of Illinois, a **Motion to Dismiss,** a copy of which is attached hereto and herewith served upon you.

| | |
|---|---|
| Name: | LARRY P. SMITH & ASSOCIATES, LTD. |
| Attorneys For: | Plaintiff |
| Address: | 205 N. Michigan Ave, Suite 4000 |
| City: | Chicago, Illinois 60601 |
| Telephone: | (312) 222-9028 |

**PROOF OF SERVICE**

    I, the undersigned, an attorney, certify that I served this notice by depositing the same in the United States mail with sufficient postage affixed thereon to the above named parties before 5:00 p.m. on May __1__, 2008 from 205 N. Michigan Avenue, Suite 4000, Chicago, Illinois 60601.

                                                        By: _____/s Larry P. Smith_____
                                                                Attorney for Plaintiff