# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1094 | **DATE** | 5/30/2008 |
| **CASE TITLE** | Marquisha Curtis vs. General Revenue Corporation | | |

**DOCKET ENTRY TEXT**

Plaintiff's Voluntary Motion to Dismiss with prejudice and without costs is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|